IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 2 6 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

UNITED STATES OF AMERICA     :
    :
v.     :   1:26CR 113 -1
    :
SALVADOR VARGAS SAAVEDRA,     :
also known as Salvador Vargas Savedra,     :
Salvador Vargas-Savedra, Salvador Adame Tapia,     :
Jessie Salvador Vargas, Jesse Salvader Vargas,     :
Salvador Chavez Vargas,     :
and Salvador Garcia Chavez     :
    :

The Grand Jury charges:

On or about July 27, 2023, in the County of Montgomery, in the Middle District of North Carolina, SALVADOR VARGAS SAAVEDRA, also known as Salvador Vargas Savedra, Salvador Vargas-Savedra, Salvador Adame Tapia, Jessie Salvador Vargas, Jesse Salvader Vargas, Salvador Chavez Vargas, and Salvador Garcia Chavez, an alien who had previously been deported and removed from the United States on or about July 18, 2001, May 1, 2009, and June 2, 2020, and whose removal was subsequent to a conviction for the commission of an aggravated felony, to wit:

| Felony | Court | Offense Date | Date of Conviction | Term of Imprisonment |
|---|---|---|---|---|
| Trafficking in Cocaine by Possession NCGS 90-95 | Superior Court of Union County | On or about 04/23/1998 | 01/04/1999 | 35 months minimum-42 months maximum |
| Sale of Cocaine NCGS 90-05 | Superior Court of Union County | On or about 04/22/1998 | 01/04/1999 | Consolidated with above |

and thereafter was found in the United States, in Candor, North Carolina, said defendant having not obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: LAUREN E. MARTIN
Special Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2